# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| **DOYLE MYNATT,**<br>    Plaintiff,<br><br>v.<br><br>**LOCKHEED MARTIN ENERGY SYSTEMS, INC.,**<br>    Defendant. | )<br>)<br>)<br>)    No. 3:06-CV-43<br>)    (Phillips)<br>)<br>) |

## JUDGMENT ON DECISION BY THE COURT

This case came before the court on the motion for summary judgment by defendant Lockheed Martin Energy Systems, Inc. The Honorable Thomas W. Phillips, United States District Judge, having rendered a decision on the defendant's motion,

**IT IS ORDERED AND ADJUDGED** that the plaintiff Doyle Mynatt take nothing, that the action be **DISMISSED WITH PREJUDICE** on the merits, and that the defendant Lockheed Martin Energy Systems, Inc. recover of the plaintiff Doyle Mynatt its costs of action.

The final pretrial conference scheduled for October 11, 2006 and the trial scheduled for October 18, 2006 are **CANCELLED.**

Dated at Knoxville, Tennessee, this _____ day of September, 2006.

                                                    s/ Patricia L. McNutt
                                                    Clerk of Court